UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-61296-CIV-ALTONAGA/BROWN

IGNACIO DAMIAN FIGUEROA,         )
                                 )
         Plaintiff,              )
                                 )
vs.                              )
                                 )
MERSCORP, INC., et al.           )
                                 )
         Defendants.             )
_____ )

**DEFENDANTS LAW OFFICES OF DAVID J. STERN, P.A.'S AND DAVID J. STERN'S
<u>CERTIFICATE OF INTERESTED PARTIES</u>**

Defendants Law Offices of David J. Stern, P.A. and David J. Stern file, in accordance with this Court's Order dated August 19, 2010 [D.E. 7], and in addition to the Law Offices of David J. Stern, P.A.'s Corporate Disclosure Statement filed on August 20, 2010 [D.E. 9], their Certificate of Interested Parties. The following persons, associated persons, firms, partnerships, or corporations have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1. Law Offices of David J. Stern, P.A.
2. David J. Stern
3. PT, Inc.
4. DS, Inc.
5. DJSP Enterprises, Inc. (publicly traded as "DJSP")
6. DAL Group, LLC
7. DJS Processing, LLC

8. Professional Title and Abstract Company of Florida, LLC

9. Defaults Servicing, LLC

10. Timios, Inc.

11. All Plaintiffs in this litigation.

12. All Defendants in this litigation.

13. Counsel for all parties in this litigation.

    Respectfully submitted,

**TEW CARDENAS LLP**
*Counsel for Defendants Law Offices of David J. Stern, P.A. and David J. Stern*
1441 Brickell Avenue, 15th Floor
Miami, Florida  33131
Telephone: (305) 536-1112
Facsimile:  (305) 536-1116

By:      /s/ JEFFREY A. TEW
      JEFFREY A. TEW
      Florida Bar No. 121291
      jt@tewlaw.com
      ANDREW B. THOMSON
      Florida Bar No. 057672
      abt@tewlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2010, I filed electronically the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    /s/ JEFFREY A. TEW<br>
JEFFREY A. TEW

TEW CARDENAS LLP
Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, Florida 33131-3407 · (305) 536-1112

## SERVICE LIST

CASE NO. 10-61296-CIV-ALTONAGA/BROWN

**Kenneth Eric Trent, Esq.**
Kenneth Eric Trent, P.A.
831 East Oakland Park Boulevard
Fort Lauderdale, Florida 33334-2752
Telephone:     (954) 567-5877
Facsimile:     (954) 567-5872
trentlawoffice@yahoo.com
Attorney for Plaintiff
*Via Notice of Electronic Filing*

**Robert Mark Brochin, Esq.**
**Andrew Benjamin Boese, Esq.**
Morgan Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, Florida 33131-2310
Telephone:     (305) 415-3456
rbrochin@morganlewis.com
Attorneys for Defendant Merscorp, Inc.
*Via Notice of Electronic Filing*

546029.1